**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 248 MAL 2019

           Respondent    :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

           v.    :

                                      :

ANGEL LUIS SOLER,    :

           Petitioner    :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.